

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex Parte Neil Garrett Atkinson

No. 06-18-00068-CV

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 2018-1182-B).  Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the judgment of the trial court and remand the matter for a new hearing.

We further order that the appellee pay all costs of this appeal.

RENDERED NOVEMBER 12, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk